**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Brian W. Wolfe** | : | **Bankruptcy No.: 17-10829-TPA** |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Brian W. Wolfe** | : | |
| **Movants,** | : | **Related to Document No.** |
| | : | **Hearing and Date:** |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondent** | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO SUBSTITUTE ATTORNEY**


The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the MOTION TO SUBSTITUTE ATTORNEY, filed on July 17, 2019 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served no later than August 6, 2019.

It is hereby respectfully requested that the order attached to the Motion be entered by the court.


Dated : August 13, 2019          By:

                                                  /s/Samuel M. DiFatta, Esq.
                                                  Samuel M. DiFatta, Esq.
                                                  PA I.D. # 78156
                                                  PO Box 23
                                                  Tarentum, PA 15084
                                                  Tel: 724-882-5175