**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian W. Wolfe**
Debtor(s)

Bankruptcy Case No.: 17–10829–TPA

Chapter: 13
Docket No.: 30 – 29

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Richard P. Gainey, Esq has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: August 14, 2019

Michael R. Rhodes
Clerk

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 17-10829-TPA
Brian W. Wolfe                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: dkam              Page 1 of 1        Date Rcvd: Aug 14, 2019
                              Form ID: 143            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
aty            +Richard P. Gainey,   Gainey Law Offices,   P.O. Box 11124,   Pittsburgh, PA 15237-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard P. Gainey    on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Debtor Brian W. Wolfe richard.gainey@comcast.net,
               difatta1015@comcast.net
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net,
               richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                             TOTAL: 6