FILED
8/14/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Brian W. Wolfe | : | Bankruptcy No. 17-10829-TPA |
| Debtor | : | Chapter 13 |
| | : | |
| Brian W. Wolfe | : | |
| Movant, | : | Related to Document No. 26 |
| | : | Hearing and Date: |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

**ORDER**

AND NOW, on this  14th  day of  August , 2019, upon consideration of the Motion for Substitution of Counsel, and for good cause shown, it is hereby ORDERD and DECREED as follows:

1. Attorney Samuel M. DiFatta shall act as the attorney for the Debtor until further Order of Court.

2. Attorney Richard P. Gainey and Gainey Law Offices, LLC is no longer the attorney for the Debtor.

3. Any further distributions and remaining fees owed with regard to the aforementioned Debtor shall now be paid to Attorney Samuel M. DiFatta.

4. All of the aforementioned Debtor's files shall be forwarded or made available to Samuel M. DiFatta within (5) days from the date of this Order.

BY THE COURT:

_____ vas
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian W. Wolfe  
       Debtor

Case No. 17-10829-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: dkam    Page 1 of 1    Date Rcvd: Aug 14, 2019  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
```
db             +Brian W. Wolfe,    5713 Doc Walker Road,    Parker, PA 16049-4621
               +Richard P. Gainey,    Gainey Law Offices,    P.O. Box 11124,    Pittsburgh, PA 15237-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard P. Gainey    on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Debtor Brian W. Wolfe richard.gainey@comcast.net,
               difatta1015@comcast.net
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net,
               richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
```
                                                                                                                         TOTAL: 6