**RESURGENT**
*Capital Services*

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1710829

DEBTOR(S):

BRIAN W WOLFE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $420.21

CREDITOR'S SIGNATURE:

/s/ Javyn Butler

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/18/2021

SO ORDERED
November 19, 2021

*[signature]*
asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10829-TPA |
| Brian W. Wolfe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: Nov 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 23:31:30 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

**Name                                 Email Address**

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard P. Gainey
    on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net  difatta1015@comcast.net

District/off: 0315-1      User: bsil      Page 2 of 2

Date Rcvd: Nov 19, 2021      Form ID: pdf900      Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
    on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 5