IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Brian W. Wolfe | : | Bankruptcy No. 17-10829-TPA |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Brian W. Wolfe | : | |
| | : | Related to Doc. No. 39 |
| Movant | : | |
| v. | : | Hearing June 29, 2022 @ 10:00 |
| | : | |
| Social Security Administration | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022 it is hereby ORDERED,

ADJUDGED, and DECREED that the United States of America's Consent Motion to Extend

Time to File a Response is GRANTED.  The United States shall file its response to the Motion

or a Consent Order resolving the matter on or before July 20, 2022.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE