FILED
6/22/22 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| Brian W. Wolfe | : | Bankruptcy No. 17-10829-TPA |
|---|---|---|
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Brian W. Wolfe | : | |
| | : | Related to Doc. No. 39 and 41 |
| Movant | : | |
| v. | : | Hearing July 27 2022 @ 10:00 |
| | : | |
| Social Security Administration | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Respondents. | : | |

### ORDER

AND NOW, this  22nd day of    June       , 2022 it is hereby ORDERED, ADJUDGED, and DECREED that the United States of America's Consent Motion to Extend Time to File a Response is GRANTED. The United States shall file its response to the Motion or a Consent Order resolving the matter on or before July 20, 2022. The hearing previously scheduled for June 29, 2022 at 10:00 AM is Rescheduled to July 27, 2022 at 10:00 AM .

_____
UNITED STATES BANKRUPTCY JUDGE

dak

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10829-TPA |
| Brian W. Wolfe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: philadelphia.bnc@ssa.gov | Jun 22 2022 23:41:00 | United States of America, c/o Social Security Administration, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 24, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1      User: auto      Page 2 of 2

Date Rcvd: Jun 22, 2022      Form ID: pdf900      Total Noticed: 2

Richard P. Gainey
     on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net difatta1015@comcast.net

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
     on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 6