FILED
7/11/22 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Brian W. Wolfe | : Bankruptcy No.17-10829-TPA |
| | : Chapter 13 |
| Debtor | : |
| | : |
| Brian W. Wolfe | : |
| Movant | : |
| v. | : |
| | : |
| Social Security Administration | : |
| | : |
| And | : |
| | : |
| Ronda J. Winnecour | : |
| Chapter 13 Trustee | : |
| | : |
| Respondent | : |

## ORDER

AND NOW, this  11th  day of  July , 2022, upon consideration of the Motion to Withdraw the Motion to Enforce the Automatic Stay, it is hereby ORDERED and DECREED that:

The Motion is Withdrawn.

BY THE COURT

_____  dak
THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10829-TPA |
| Brian W. Wolfe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 11, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: philadelphia.bnc@ssa.gov | Jul 12 2022 00:06:00 | United States of America, c/o Social Security Administration, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1      User: auto      Page 2 of 2

Date Rcvd: Jul 11, 2022      Form ID: pdf900      Total Noticed: 2

Richard P. Gainey
    on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net difatta1015@comcast.net

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
    on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 6