IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Brian W. Wolfe | : | Bankruptcy No. 17-10829-JAD |
|         Debtor | : | |
| Brian W. Wolfe | : | Chapter 13 |
|         Movant | : | |
|     v. | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
|         Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 26, 2022, at docket number 51, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 26, 2022                By:    /s/Samuel M. DiFatta, Esq.
                                              Signature
                                              Samuel M. DiFatta, Esq.
                                              Name of Filer - Typed
                                              PO Box 23, Tarentum, PA  15084
                                              Address of Filer
                                              Difatta1015@comcast.net
                                              Email Address of Filer
                                              724-882-5175
                                              Telephone Number
                                              78156, Pennsylvania
                                              Bar No. & State

**PAWB Local Form 24 (07/13)**