Certificate Number: 14912-PAW-DE-036930087

Bankruptcy Case Number: 17-10829



14912-PAW-DE-036930087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2022, at 11:30 o'clock PM EDT, Brian Wolfe completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 25, 2022                    By:    /s/Jai Bhatt

                                            Name:  Jai Bhatt

                                            Title: Counselor