**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian W. Wolfe**
   Debtor(s)

Bankruptcy Case No.: 17−10829−JAD

Chapter: 13
Docket No.: 55 − 54

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Case No. 17-10829-JAD

Brian W. Wolfe

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1

User: auto

Page 1 of 2

Date Rcvd: Nov 28, 2022

Form ID: 408

Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |
| 14674443 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14684913 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14674448 | + | Northwest Consumer Discount, 1288 Liberty Street, Franklin, PA 16323-1322 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:18 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | United States of America, c/o Social Security Administration, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14674439 | ^ | MEBN | Nov 28 2022 23:38:18 | Apex Asset Mgt., 2501 Oregon Pike, Ste 120, Lancaster, PA 17601-4890 |
| 14674440 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 28 2022 23:44:00 | Berks Credit & Collections, 900 Corporate Dr., Reading, PA 19605-3340 |
| 14674441 | + | Email/Text: matthartweg@cbjcredit.com | Nov 28 2022 23:44:00 | CBJ Credit Recovery, 117 W 4th St., Jamestown, NY 14701-5005 |
| 14674446 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:47:05 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14674447 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 28 2022 23:44:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 14733939 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:34 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14674442 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:47:16 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101 |
| 14738341 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:09 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674449 | + | Email/Text: correspondence.raleigh@oorcm.com | Nov 28 2022 23:43:00 | Optimum Outcomes, PO Box 58015, Raleigh, NC 27658-8015 |
| 14770252 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., |

District/off: 0315-1                          User: auto                                    Page 2 of 2
Date Rcvd: Nov 28, 2022                       Form ID: 408                          Total Noticed: 19

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19123-2924 |
| 14674451 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MD 21241-0001 |
| 14747974 | ^ | MEBN | Nov 28 2022 23:39:17 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674452 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 28 2022 23:43:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14674444 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674445 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674450 | ##+ | Rosa L. Wolfe, 1199 Eagle Furnace Road, Knox, PA 16232-4315 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard P. Gainey | on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net  difatta1015@comcast.net |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel M. DiFatta | on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net  richard.gainey@comcast.net;difattasr89351@notify.bestcase.com |

TOTAL: 6