**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIAN W WOLFE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>     vs. <br> No Respondents. | Case No.:17-10829 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/10/2017 and confirmed on 11/29/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,483.00 |
| Less Refunds to Debtor | 174.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,308.90 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 980.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,980.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 13,500.00 | 13,500.00 | 2,170.79 | 15,670.79 |
|     Acct: 5108 | | | | |
| | | | | 15,670.79 |
| **Priority** | | | | |
|   SAMUEL M DIFATTA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN W WOLFE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN W WOLFE | 174.10 | 174.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GAINEY LAW OFFICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD P GAINEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD P GAINEY ESQ | 2,729.14 | 2,729.14 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL M DIFATTA ESQ | 1,270.86 | 1,270.86 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4329 | | | | |
|   BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1468 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0173 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 17 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 17 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 17 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1455 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0508 | | | | |
|   NORTHWEST BANK* | 1,484.46 | 28.53 | 0.00 | 28.53 |
| Acct: 2395 | | | | |
|   OPTIMUM OUTCOMES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3708 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 19,928.00 | 383.02 | 0.00 | 383.02 |
| Acct: 9922 | | | | |
|   WAKEFIELD AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9513 | | | | |
|   UPMC PHYSICIAN SERVICES | 347.27 | 6.67 | 0.00 | 6.67 |
| Acct: 9922 | | | | |
|   JPMORGAN CHASE BANK NA | 12,464.20 | 239.56 | 0.00 | 239.56 |
| Acct: 5108 | | | | |
|   ROSA WOLFE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 657.78 |

| | | | | |
|---|---:|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 16,328.57 |

TOTAL CLAIMED
PRIORITY       0.00
SECURED     13,500.00
UNSECURED   34,223.93

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN W WOLFE

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10829 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10829-JAD
Brian W. Wolfe  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 2
Date Rcvd: Nov 28, 2022  Form ID: pdf900  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |
| 14674443 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14684913 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14674448 | + | Northwest Consumer Discount, 1288 Liberty Street, Franklin, PA 16323-1322 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:18 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | United States of America, c/o Social Security Administration, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14674439 | ^ | MEBN | Nov 28 2022 23:38:19 | Apex Asset Mgt., 2501 Oregon Pike, Ste 120, Lancaster, PA 17601-4890 |
| 14674440 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 28 2022 23:44:00 | Berks Credit & Collections, 900 Corporate Dr., Reading, PA 19605-3340 |
| 14674441 | + | Email/Text: matthartweg@cbjcredit.com | Nov 28 2022 23:44:00 | CBJ Credit Recovery, 117 W 4th St., Jamestown, NY 14701-5005 |
| 14674446 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 28 2022 23:47:05 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14674447 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 28 2022 23:44:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 14733939 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:47:01 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14674442 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:32 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101 |
| 14738341 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:19 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674449 | + | Email/Text: correspondence.raleigh@oorcm.com | Nov 28 2022 23:43:00 | Optimum Outcomes, PO Box 58015, Raleigh, NC 27658-8015 |
| 14770252 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., |

Case 17-10829-JAD    Doc 57    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 19 |

| 14674451 | + Email/Text: ssa.bankruptcy@ssa.gov | Nov 28 2022 23:44:00 | Philadelphia, PA 19123-2924<br>Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MD 21241-0001 |
|---|---|---|---|
| 14747974 | ^ MEBN | Nov 28 2022 23:39:17 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674452 | Email/Text: bankruptcytn@wakeassoc.com | Nov 28 2022 23:43:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14674444 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674445 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674450 | ##+ | Rosa L. Wolfe, 1199 Eagle Furnace Road, Knox, PA 16232-4315 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard P. Gainey | on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net difatta1015@comcast.net |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel M. DiFatta | on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com |

TOTAL: 6