**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/10/23 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    BRIAN W WOLFE

        Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:17-10829 JAD

Chapter 13

Related to ECF No. 54

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 10th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 17-10829-JAD

Brian W. Wolfe    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Jan 10, 2023    Form ID: pdf900    Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian W. Wolfe, 5713 Doc Walker Road, Parker, PA 16049-4621 |
| 14674443 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14684913 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14674448 | + | Northwest Consumer Discount, 1288 Liberty Street, Franklin, PA 16323-1322 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:10:09 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ssa.bankruptcy@ssa.gov | Jan 11 2023 00:05:00 | United States of America, c/o Social Security Administration, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14674439 | ^ | MEBN | Jan 11 2023 00:02:00 | Apex Asset Mgt., 2501 Oregon Pike, Ste 120, Lancaster, PA 17601-4890 |
| 14674440 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 11 2023 00:06:00 | Berks Credit & Collections, 900 Corporate Dr., Reading, PA 19605-3340 |
| 14674441 | + | Email/Text: matthartweg@cbjcredit.com | Jan 11 2023 00:05:00 | CBJ Credit Recovery, 117 W 4th St., Jamestown, NY 14701-5005 |
| 14674446 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 11 2023 00:10:06 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14674447 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2023 00:05:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 14733939 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2023 00:09:16 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14674442 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2023 00:10:02 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101 |
| 14738341 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:23:21 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674449 | + | Email/Text: correspondence.raleigh@oorcm.com | Jan 11 2023 00:04:00 | Optimum Outcomes, PO Box 58015, Raleigh, NC 27658-8015 |
| 14770252 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jan 11 2023 00:05:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., |

| Recip ID | Bypass | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19123-2924 |
| 14674451 | | + Email/Text: ssa.bankruptcy@ssa.gov | Jan 11 2023 00:05:00 | Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MD 21241-0001 |
| 14747974 | | ^ MEBN | Jan 11 2023 00:04:11 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674452 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 11 2023 00:04:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14674444 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674445 | *+ | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14674450 | ##+ | Rosa L. Wolfe, 1199 Eagle Furnace Road, Knox, PA 16232-4315 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard P. Gainey | on behalf of Plaintiff Brian W. Wolfe richard.gainey@comcast.net difatta1015@comcast.net |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel M. DiFatta | on behalf of Debtor Brian W. Wolfe difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com |

TOTAL: 6